IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01058-MJW

JEAN LYNN,

Plaintiffs,

v.

WAL-MART STORES, INC., and
JOHN DOE,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In a Minute Order entered by this court on December 22, 2015 (Docket No. 32), plaintiff was directed to file a response to Defendant's Motion for Rule 35 Examination of Plaintiff (Docket No. 31) on or before December 28, 2015.  Plaintiff has failed to do so, and thus the motion (Docket No. 31) is deemed confessed.  Furthermore, the court has reviewed the subject motion and exhibits thereto and finds for the reasons stated in the motion that there is a basis in fact and in law for the relief sought.  Plaintiff has placed her medical condition in controversy, and good cause exists for the Rule 35 examination that has been scheduled for January 4, 2016, at 3:00 p.m. by Itay Melamed, M.D. at 9876 W. Freiburg Drive, Littleton, Colorado 80127.  It is thus hereby

     ORDERED that the Defendant's Motion for Rule 35 Examination of Plaintiff (Docket No. 31) is GRANTED.  It is thus further

     ORDERED that plaintiff shall attend a physical examination to take place on January 4, 2016, at 3:00 p.m., at Dr. Melamed's Office, 9876 W. Freiburg Drive, Littleton, Colorado 80127.  Plaintiff may not be accompanied by a third party during the examination.  Plaintiff may not record the evaluation.

Date: December 30, 2015